■

CLIFFORD N. COSAD et al., Respondents, v. HOMER J. FRENCH, Appellant.— All concur. (Appeal from a judgment of Monroe County Court, O'MARA, J., affirming a judgment of Rochester City Court, CULHANE, J., in favor of plaintiff, in an action for breach of contract.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

■

In the Matter of the Construction of the Will of JULIA M. WATSON, Deceased. ONEIDA NATIONAL BANK & TRUST CO. OF UTICA, as Executor of CORNELIA E. WILLIAMS, Deceased, Appellant; ROBERT U. HAYES, as Executor of ELISE M. HAYES, Deceased, and as Substituted Trustee under the Will of JULIA M. WATSON, Deceased, et al., Respondents.— All concur. (Appeal from an amended decree construing a will.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [201 Misc. 193.] [See post, p. 976.]

■

G. B. SCHUELER, Respondent, v. FRANK DOYLE, Appellant.— All concur. (Appeal from an order of Oneida County Court, HANAGAN, J., affirming a judgment of Boonville Justice's Court, PRITCHARD, Justice of the Peace, for plaintiff, in an action to recover for labor and material furnished.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

■

DORCAS TUCKER, Respondent, v. WILLIAM J. BOBENHAUSEN, Respondent, and ONEIDA MOTOR FREIGHT, INC., Appellant.— All concur. (Appeal by defendant Oneida Motor Freight, Inc., from two judgments for plaintiff against both defendants, and for defendant Bobenhausen against defendant Oneida Motor Freight, Inc., in an automobile negligence action. One order denies motions by appellant for a new trial and for a directed verdict on its cross claim against defendant Bobenhausen. The other order denies appellant's motion to dismiss the counterclaim by defendant Bobenhausen or, in the alternative, for a separate trial of the issues.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

■

WILLIAM TUCKER, Respondent, v. WILLIAM J. BOBENHAUSEN, Respondent, and ONEIDA MOTOR FREIGHT, INC., Appellant.— Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

■

ANNE TUCKER, an Infant, by WILLIAM TUCKER, Her Guardian ad Litem, et al., Respondents, v. WILLIAM J. BOBENHAUSEN, Respondent, and ONEIDA MOTOR FREIGHT, INC., Appellant.— Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.